IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LUCHETTI, | |
| Plaintiff, | No. C 14-05304 WHA |
| v. | |
| OLYMPIA FINANCIAL, LLC AND TIMOTHY KRANTZ, | **ORDER DENYING MOTION TO APPEAR BY TELEPHONE** |
| Defendant. | |

Defense counsel June Coleman has filed a motion to appear by telephone at the case management conference on April 2, 2015. The basis for the request is that defense counsel's office is located in Sacramento. Our courtroom is not set up well for appearances by telephone and defense counsel's basis does not constitute good cause. The motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 1, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE