IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LUCHETTI, | |
| Plaintiff, | No. C 14-05304 WHA |
| v. | |
| OLYMPIA FINANCIAL, LLC and TIMOTHY KRANTZ, | **ORDER CONTINUING APRIL 2 CASE MANAGEMENT CONFERENCE TO APRIL 14** |
| Defendants. / | |

Defense counsel represent that the parties have reached a settlement (Dkt. No. 25). Based on this representation, this order continues the April 2 case management conference to **TUESDAY, APRIL 14 AT 11:00 A.M.**, to give the parties time to file an executed stipulation of dismissal pursuant to Rule 41. If a proper stipulation of dismissal is promptly filed, the case management conference will be vacated. If not, the parties must appear on April 14.

**IT IS SO ORDERED.**

Dated: April 1, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE