Lisa J. Espada. Esq., SBN 202975
Law Office of Lisa J. Espada
71 Stevenson St., Suite 400
San Francisco, CA 94105
Telephone: (415) 504-6195
Facsimile: (855) 504-6195
Email: lisa@sfbay-law.com

Attorney for Plaintiff
ERIC LUCHETTI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC LUCHETTI, <br><br>    Plaintiff, <br><br> vs. <br><br> OLYMPIA FINANCIAL, LLC, a California limited liability company, and TIMOTHY KRANTZ, individually and in his official capacity, <br><br>    Defendants. | Case No. 3:14-cv-05304-WHA <br><br> **JOINT NOTICE OF DISMISSAL** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD**:

1.   Plaintiff's Complaint was filed on December 3, 2014.

2.   The Court held the initial Case Management Conference on April 14, 2015.

3.   Plaintiff and Defendants reached a settlement following the Case Management Conference.

---

**JOINT NOTICE OF DISMISSAL**
**CASE NO. 3:15-CV-05304-WHA**

- 1 -

4. The parties, by and through their counsel of record, hereby request that the Court dismiss the above-entitled matter with prejudice, pursuant to a fully executed Mutual Release and Settlement Agreement.

Dated: June 1, 2015                                              LAW OFFICE OF LISA J. ESPADA

By: */s/ Lisa J. Espada*
LISA J. ESPADA
Attorney for Plaintiff
ERIC LUCHETTI

Dated: June 1, 2015                                              KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

By: */s/ June D. Coleman*
Attorney for Defendants
OLYMPIA FINANCIAL, LLC and
TIMOTHY KRANTZ

### ORDER

Pursuant to the foregoing, the Court dismisses the entire action with prejudice.

**IT IS SO ORDERED.**

Dated: June 2, 2015.                          By: _____
HONORABLE WILLIAM H. ALSUP